IN THE MATTER OF THE REVISION IN RATES FILED BY NEW JERSEY POWER & LIGHT COMPANY INCREASING ITS RATES FOR ELECTRIC SERVICE.

*Mr. Joseph Harrison* for the petitioner.

December 21, 1951.   Granted.

STATE OF NEW JERSEY, PETITIONER, v. WALTER BALLARD, RESPONDENT.

See same case below: 15 *N. J. Super.* 417, 83 *A. 2d* 539.

For the petitioner: *Mr. Theodore D. Parsons* and *Mr. Eugene Urbaniak.*

December 17, 1951.   Granted.